UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

**Case Number: 18-14299-CIV-MARTINEZ-MAYNARD**

L.H., *et al.*,

    Plaintiffs,

vs.

OKEECHOBEE COUNTY SCHOOL BOARD,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

Before the Court is Magistrate Judge Shaniek M. Maynard's Report and Recommendation [ECF No. 68] on Plaintiffs' Motion to Dismiss [ECF No. 58] Defendant's counterclaim [ECF No. 57]. This Court has reviewed the record and notes that no objections have been filed. After careful consideration, it is:

**ORDERED and ADJUDGED** that

1. The Report and Recommendation [ECF No. 68] is **AFFIRMED** and **ADOPTED**.

2. Plaintiffs' Motion to Dismiss [ECF No. 58] is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>15th</u> day of September, 2020.

                                                         _____
                                                         JOSE E. MARTINEZ
                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record